IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND

Greenbelt Division, ss.

Clerical Account No.:14-29314
Chapter 7

**ADVERSARIAL PROCEEDINGS IN RE:**

Michael E. Jackson,
**ADVERSARIAL DEBTOR**

---

CHRISTINA TRUST, a division of WILMINGTON SAVINGS FUND SOCIETY, FEDERAL SAVINGS BANK, as TRUSTEE for NORMANDY MORTGAGE LOAN TRUST, SERIES 2013-12,
MOVANT,

v.

Michael E Jackson,
and
Laura J. Margulies, Trustee,
RESPONDENT(S).

---

### Adversarial Debtor's Motion For Reconsideration And Vacation

**Adversarial Debtor**, Michael E Jackson, i, now come and move this Court for reconsideration of my oppositional challenge to alleged Movant's, motion for relief from automatic stay, and for the vacation of this Court's termination order, as follows:

1.)   Default is non-existant, and the alleged Movant party has not proven that i owe it a debt.

2.)   I challenged the alleged Movant party, Christina Trust, prove its Trustee relationship for Normandy Mortgage Loan Trust, Series 2013-12, and it remains unproven in the record of this matter, to sustain party status to move this Court.

3.)   If this Court is aware of a foreclosure case filed by the alleged Movants, alleged attorneys, in a State of Maryland Court, then it is not difficult to prove and provide the original signed alleged deed of trust, as challenged by i, which remains unproven in the record of this matter, to sustain party status to move this Court.

4.)   If this Court is aware of a foreclosure case filed by alleged Movants alleged attorneys in a State of Maryland Court, then it is not difficult to prove and provide the original signed alleged promissory note, as challenged by i, which remains unproven in the record of this matter, to sustain party status to move this Court.

5.)   I challenged Jeffrey Nadel and Scott Nadel, of Law Offices of Jeffrey Nadel, prove their Attorney agent/principal relationship for Christina Trust, and it remains unproven in the record of this matter, to sustain Attorney of Record status to move this Court.

Wherefore, i move for reconsideration of opposistion and for vacation of this Court's Termination Order.

Respectfully submitted,

DATED: April 29, 2015

Michael E Jackson
c/o 7914 Fiske Avenue
Lanham, Maryland

## Certificate Of Service

      The undersigned, i, hereby certify that on April 29, 2015, a true copy of this Adversarial Debtor's Motion for Reconsideration and Vacation, was served, via, U.S. Mail, upon the following:

Jeffrey Nadel
c/o Law Office of Jeffrey Nadel
4041 Powder Mill Road, Suite 415
Calverton, Maryland
20705

Laura Margulies
c/o 6205 Executive Boulevard
Rockvill, Maryland
20852

                                                        Michael E Jackson