**DENIED**

The chapter 7 trustee has decided not to administer the property as to which the creditor asserts a lien. No bankruptcy purpose would be served by adjudicating the debtor's defenses to the lien. The debtor remains free to raise those defenses in a court of competent jurisdiction, but they have no impact on the administration of the estate, and so cannot be adjudicated here.



S. MARTIN TEEL, JR.
U. S. BANKRUPTCY JUDGE
SITTING BY DESIGNATION



### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | |
|---|---|---|
| In Re: | * | |
| | * | Case No.  14-29314PM |
| MICHAEL ELIJAH JACKSON | * | Chapter  7 |
| | * | |
| | * | |
| | * | |
| Debtor(s) | * | |

**ORDER VACATING ORDER**

Upon review of the file herein, and in the exercise of the court's discretion, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED That the Order entitled, Order terminating Automatic Stay, entered on April 14, 2015, is hereby VACATED.

cc:   Debtor(s)
      Debtor(s)' Counsel  - George S. Ingalls
      Trustee - Laura J. Margulies

**End of Order**

40.6 - mlz